**Matt PADAVICH, personal representative of Christopher Padavich as beneficiary of Life Insurance Policy on the Life of Virginia Padavich, Appellant,**

**v.**

**HARTFORD LIFE INSURANCE COMPANY, Successor Continental Casualty Company; U.S. Bank, Successor Firstar; Affinion Benefits Group, LLC, Appellees.**

No. 11–1814.

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 1, 2011.

Filed: Nov. 10, 2011.

Before WOLLMAN, SMITH, and GRUENDER, Circuit Judges.

PER CURIAM.

Matt Padavich appeals the district court's [1] adverse grant of summary judgment, in which the court concluded that his son's estate was not entitled to the benefits of a life insurance policy under which the son had been a beneficiary, because it was beyond genuine dispute that the policy had been cancelled prior to the insured's death. Upon careful consideration of the parties'

1. The Honorable James E. Gritzner, United States District Judge for the Southern District

arguments on appeal, and de novo review of the evidence that was before the district court, *see Raines v. Safeco Ins. Co. of Am.,* 637 F.3d 872, 875 (8th Cir.2011) (standard of review), we conclude that no genuine issue of material fact remained and defendants were entitled to judgment as a matter of law. Accordingly, we affirm. *See* 8th Cir. R. 47B.